UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :      Hon. Douglas Arpert

            v.                    :      Mag. No. 12-2547

RICHARD RUBLOWITZ,                :
MINDY RUBLOWITZ,
MATTHEW RUBLOWITZ,                :      SEALING ORDER
      a/k/a "Fat Matt"
SEAN RUBLOWITZ,                   :
KRISTIN JACOBS,
JUSTIN RUBLOWITZ,                 :
JACKLYN RUBLOWITZ,
      a/k/a "Jackie"              :
RANDY BINDER,
JOSEPH AVERSA, and                :
SCOTT MAZZARA

        This matter having come before the Court upon the application
of the United States of America, by Paul J. Fishman, United States
Attorney for the District of New Jersey (Tino Lisella, Special
Assistant United States Attorney, appearing), for a sealing order
with respect to the Complaint filed against the persons named in
the warrants and for good cause shown,

        It is the 26th day of June, 2012,

            ORDERED that, with the exception of copies of the arrest
warrants to be provided by the Court to the United States
Attorney's Office and to law enforcement officers, the Complaint
and all other documents in this matter are hereby sealed until the
arrest of the first individual named in the warrants or until
further order of this Court.

_____
HONORABLE DOUGLAS ARPERT
United States Magistrate Judge