UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN RUBLOWITZ | Honorable Freda L. Wolfson<br><br>~~Criminal~~ Mag. No. 12-2547 (DEA)<br><br>**DETENTION ORDER** |

     This matter having come before the Court on August 27, 2014, on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, and Yael T. Epstein, Trial Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant without bail pending placement in a rehabilitative facility in the above-entitled matter because the Defendant poses a danger to the community and a risk of flight; the Court having heard and considered the arguments of the government and the Defendant (Aidan P. O'Conner, Esq., appearing) at proceedings on August 27, 2014; for the reasons stated by the Court on the record; and for good cause shown:

     IT IS, therefore, on this 28th day of August, 2014,

     ORDERED, pursuant to Title 18, United States Code, Section 3142, that the motion of the United States is hereby GRANTED, and the Defendant is hereby ORDERED detained without bail pending placement in a rehabilitative facility. The Defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

     ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending

placement in a rehabilitative facility in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

*Freda L. Wolfson*

_____
HONORABLE FREDA L. WOLFSON
United States District Judge